UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X
                                                :

UNITED STATES OF AMERICA        :    **INFORMATION**

    - v. -                              :    21 Cr. 529 (PED)

ROBERTO RAMOS III,            :

            Defendant.    :

- - - - - - - - - - - - - - - - - - X

### COUNT ONE

**(Obstruction of Mails)**

The United States Attorney charges:

1. From at least on or about November 9, 2020, to at least on or about November 23, 2020, in the Southern District of New York and elsewhere, ROBERTO RAMOS III, the defendant, knowingly and willfully obstructed or retarded the passage of mail, or any carrier or conveyance carrying the mail.

(Title 18, United States Code, Section 1701.)

                                      *Audrey Strauss*
                                      _____
                                      AUDREY STRAUSS
                                      United States Attorney
                                      Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ROBERTO RAMOS III,

                        Defendant.

**INFORMATION**

21 Cr. 529 (PED)

(18 U.S.C. § 1701)

AUDREY STRAUSS
United States Attorney